THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3081 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MALCOLM ANDERSON and | ) | |
| BRIAN PARKER, | ) | |
| | ) | |
| Defendants. | ) | |

Defendants have moved for an additional extension of time (filing 65) within which to respond to the Magistrate Judge's Report and Recommendation (filing 60). Defendants' counsel represent that counsel for the United States has no objection to Defendants' motion. Accordingly,

IT IS ORDERED:

1. Defendants' motion for an extension of time (filing 65) within which to respond to the Magistrate Judge's Report and Recommendation (filing 60) is granted;

2. Defendant Anderson's and defendant Parker's responses to the Magistrate Judge's Report and Recommendation shall be filed on or before May 18, 2005; and

3. The Clerk of Court shall adjust the court's internal computerized record-keeping system to reflect that the "response due" date on Filing 60 is now May 18, 2005.

DATED this 9th day of May, 2005.

BY THE COURT:
s/Richard G. Kopf
United States District Judge