THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3081 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MALCOLM ANDERSON and | ) | |
| BRIAN PARKER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the Magistrate Judge's Recommendation (filing 60). Despite my granting of three motions (filings 61, 63, 65) for an extension of time in which to object to the Magistrate Judge's Recommendation, no objections to the Recommendation have been filed by either defendant, as allowed by 28 U.S.C. § 636(b)(1)(C) and NECrimR 57.1(c) and 57.3.

I have reviewed the Magistrate Judge's Recommendation pursuant to 28 U.S.C. § 636(b)(1) and I find after de novo review that the Recommendation should be adopted for the reasons stated in the accompanying memorandum.

IT IS ORDERED:

1. The Magistrate Judge's Recommendation (filing 60) is adopted.

2. Defendant Malcolm Anderson's motions to suppress (filings 39 & 40) are denied.

3. Defendant Brian Parker's motions to suppress (filings 13 & 15) are denied.

4. Defendant Brian Parker's fourth motion (filing 67) for an extension of time in which to object to the Magistrate Judge's Recommendation is denied.

DATED this 26th day of May, 2005.

BY THE COURT:
s/Richard G. Kopf
United States District Judge