IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>　　　　Plaintiff, )<br> )<br>vs. )<br> )<br> )<br>MALCOLM ANDERSON and )<br>BRIAN PARKER )<br>　　　　Defendant. ) | CASE NO: 4:04cr3081<br><br>ORDER<br>TO WITHDRAW EXHIBITS<br>OR TO SHOW CAUSE WHY<br>EXHIBITS SHOULD NOT BE<br>DESTROYED |

　　　　Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for defendants, Malcolm Anderson and Brian Parker, shall either 1) withdraw the following exhibits previously submitted in this matter within 10 business days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

　　　　Exhibit number(s): 101 and 102

　　　　Hearing type(s): Suppression hearing

　　　　Date of hearing(s): 3/9/05, 3/15/05 and 3/22/05

　　　　If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

　　　　IT IS SO ORDERED.

　　　　February 14, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　s/ Richard G. Kopf
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

4:04-cr-03081-RGK-DLP   Doc # 135   Filed: 02/14/07   Page 2 of 2 - Page ID # 914